■ In the Matter of ARTHUR QUENTZEL et al., Appellants, v ANN QUENTZEL et al., Respondents. [624 NYS2d 877] —Appeal by the petitioners from an order of the Supreme Court, Nassau County (Robbins, J.), entered June 17, 1992.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Robbins at the Supreme Court. Bracken, J. P., Sullivan, Miller and Goldstein, JJ., concur.